UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **NOBLE SUI JURIS-BEY** *ex rel.* **James L. Lawrence,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) CAUSE NO. 1:13-cv-02011-WTL-MJD<br>) |
| **J. ENNIS FABRICS USA, INC.** | )<br>) |
| **Defendant.** | ) |

## JUDGMENT

The Court having granted summary judgment in favor of the Defendant in the above cause, judgment is hereby entered in favor of the Defendant and against Plaintiff Noble Sui Juris-Bey on all claims in the Plaintiff's Complaint.

SO ORDERED: 06/17/2014

*[signature]*
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *[signature: Jennifer N. Ong]*
Deputy Clerk, U.S. District Court

**Copy by US Mail to:**

  **Noble Sui Juris-Bey**
  **2533 Shriver Ave.**
  **Indianapolis, IN 46208**

Copies to all counsel of record via electronic notification